

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2015

No. 04-14-00913-CV

David **MEDRANO**,
Appellant

v.

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**, Successor
by Merger with Lawyers Title Insurance Corporation, Celine Hinojosa, Barclays Capital Real
Estate Inc., d/b/a HOMEQ, as Servicing Agent for Duetsche Bank National Trust Company,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-00027
The Honorable Richard E. Price, Judge Presiding

## ORDER

The Appellee, Fidelity National Title Insurance Company's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to November 18, 2015.

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

**PER CURIAM**

cc:   Valerie Henderson
Baker, Donelson, Bearman, Caldwell & Berkowitz

Fred R. Jones
Goode Casseb Jones Riklin Choate & Watson, PC

Jeffrey A. Hiller
Cacheaux, Cavazos & Newton, LLP

Gregory T. Van Cleave
Law Offices of Albert W. Van Cleave, III

Aaron Barton
Goode Casseb Jones Riklin Choate & Watson, PC

Thomas E. Quirk
Aaron & Quirk, LLP

Kari Lynn Robinson
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC